UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 5 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERICK AREVALO, <br><br> Petitioner-Appellant, <br><br> v. <br><br> VICKI HENNESSY, Sheriff of San Francisco, <br><br> Respondent-Appellee. | No. 17-17545 <br><br> D.C. No. 4:17-cv-06676-HSG <br> Northern District of California, Oakland <br><br> ORDER |

Before: REINHARDT and PAEZ, Circuit Judges.

The emergency motion to expedite this appeal (Docket Entry No. 6) is granted.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due on Monday, January 8, 2018; the answering brief is due on Tuesday, January 16, 2018; and the optional reply brief is due on Friday, January 19, 2018.

SLL/MOATT